IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MICHAEL SCOTT PACK, ) | |
| ) | |
| Plaintiff, ) | Case No. 7:14CV00054 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| NEW RIVER VALLEY REGIONAL ) | By: James P. Jones |
| JAIL, ) | United States District Judge |
| Defendant. ) | |

For the reasons set forth in the Opinion accompanying this Final Order, it is hereby **ADJUDGED AND ORDERED** that this civil action is DISMISSED without prejudice as moot, pursuant to 28 U.S.C. § 1915A(b)(1), plaintiff's Motion for Transfer (ECF No. 8) is DISMISSED as moot, and this action is stricken from the active docket of the court.

ENTER: March 3, 2014

/s/ James P. Jones
United States District Judge